THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. LEWIS, Respondent, *v.* RICHARD W. SHERMAN, Individually and as Mayor of the City of Utica, Appellant.

*People ex rel. Lewis* v. *Sherman,* 66 App. Div. 231, affirmed.
(Argued June 10, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1901, which affirmed an order of Special Term granting a motion for a writ of prohibition restraining the defendant from hearing and determining charges preferred by him against the relator as police and fire commissioner of the city of Utica.

*F. E. Lewis* and *E. Lewis* for appellant.

*Thomas D. Watkins* for respondent.

Order affirmed on the ground that the relator was not in office, but without costs, as that was not true when the proceeding was instituted; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.